■ The People of the State of New York, Respondent, v Barry Davis, Appellant. [637 NYS2d 21] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered December 8, 1992, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On appeal, the defendant contends that the prosecutor impermissibly elicited testimony concerning his post-arrest

silence. This contention is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Loaiza,* 201 AD2d 587). In any event, any error in this regard was, under the circumstances, harmless beyond a reasonable doubt *(see, People v Loaiza, supra).*

The defendant's challenge to the prosecutor's remarks on summation is similarly unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Sanchez,* 197 AD2d 548). In any event, the prosecutor's comments constituted a fair response to defense counsel's challenge to the credibility of the People's witnesses *(see, People v Long,* 205 AD2d 804; *People v Russo,* 201 AD2d 512, *affd* 85 NY2d 872).

We have examined the defendant's remaining contentions and find them to be without merit *(see,* CPL 470.15 [5]; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Miller, Ritter and Pizzuto, JJ., concur.